AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reinhart, Bruce E. | Southern District of Florida | 08/07/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time U.S. Magistrate Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

701 Clematis Street
West Palm Beach, Florida 33401

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Principal | Bruce E. Reinhart, P.A. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | Continuation of payment of fees earned through Bruce E. Reinhart, P.A. prior to taking the bench. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reinhart, Bruce E. | 08/07/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Bruce E. Reinhart PA salary and retained earnings | $128,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | State of Florida (salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reinhart, Bruce E. | 08/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Rice University | Tuition | None |
| 2. | Oxbridge Academy of the Palm Beaches | Tuition | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reinhart, Bruce E. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA FEDERAL SAVINGS BANK (CASH) | A | Interest | J | T | | | | | |
| 2. IRA #1 (H) | | | | | | | | | |
| 3. MORGAN STANLEY PRIVATE BANK NA (CASH) | A | Interest | J | T | | | | | |
| 4. ISHARES CORE MSCI EAFE ETF (IEFA) | B | Dividend | K | T | | | | | |
| 5. ISHARES CORE MSCI EMERGING (IEMG) | A | Dividend | J | T | | | | | |
| 6. ISHARES RUSSELL 1000 GRW ETF (IWF) | B | Dividend | L | T | | | | | |
| 7. ISHARES RUSSELL 1000 VALUE ETF (IWD) | B | Dividend | L | T | Buy (add'l) | 10/30/18 | J | | |
| 8. ISHARES RUSSELL 2000 ETF (IWM) | A | Dividend | K | T | | | | | |
| 9. ISHARES RUSSELL MIDCAP G ETF (IWP) | A | Dividend | K | T | | | | | |
| 10. ISHARES RUSSELL MIDCAP V ETF (IWS) | A | Dividend | K | T | | | | | |
| 11. ISHARES MSCI EAFE SM CAP ETF (SCZ) | A | Dividend | | | Sold | 10/30/18 | K | | |
| 12. ISHARES TIPS BOND ETF (TIP) | A | Dividend | K | T | | | | | |
| 13. VANGUARD TOTAL BOND MARKET (BND) | A | Dividend | K | T | | | | | |
| 14. LORD ABBETT FLT RT F (LFRFX) | A | Dividend | | | Sold | 12/20/18 | K | | |
| 15. LORD ABBETT SHT DURATION INC F (LDLFX) | A | Dividend | K | T | | | | | |
| 16. PIMCO INCOME I2 (formerly P) (PONPX) | B | Dividend | K | T | | | | | |
| 17. PIMCO SHORT ASSET INVEST I2 (PAIPX) | | None | K | T | Buy | 12/20/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reinhart, Bruce E. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #2 (H) | | | | | | | | | |
| 19. ISHARES CORE MSCI EAFE ETF (IEFA) | C | Dividend | L | T | Buy (add'l) | 07/27/18 | J | | |
| 20. ISHARES INC MSCI JAPAN ETF (EWJ) | A | Dividend | J | T | | | | | |
| 21. ISHARES CORE MSCI EMERGING (IEMG) | A | Dividend | K | T | Buy (add'l) | 07/27/18 | J | | |
| 22. ISHARES RUSSELL 1000 GRW ETF (IWF) | A | Dividend | K | T | Sold (part) | 07/27/18 | K | D | |
| 23. ISHARES RUSSELL 1000 VALUE ETF (IWD) | B | Dividend | L | T | Buy (add'l) | 07/27/18 | K | | |
| 24. ISHARES RUSSELL 2000 GRWTH ETF (IWO) | A | Dividend | J | T | Sold (part) | 07/27/18 | J | A | |
| 25. ISHARES RUSSELL 2000 VALUE ETF (IWN) | A | Dividend | J | T | Sold (part) | 07/27/18 | J | B | |
| 26. ISHARES RUSSELL MIDCAP G ETF (IWP) | A | Dividend | J | T | | | | | |
| 27. ISHARES RUSSELL MIDCAP V ETF (IWS) | A | Dividend | J | T | | | | | |
| 28. ISHARES TIPS BOND ETF (TIP) | A | Dividend | K | T | | | | | |
| 29. PIMCO ENHANCED SHRT MTRT EXC (MINT) | A | Dividend | K | T | Buy (add'l) | 07/27/18 | J | | |
| 30. VANGUARD SHORT TERM BND (BSV) | A | Dividend | K | T | | | | | |
| 31. VANGUARD TOTAL BOND MARKET (BND) | A | Dividend | K | T | | | | | |
| 32. IRA #3 (H) | | | | | | | | | |
| 33. USAA EMERGING MARKETS FUND RETAIL (USEMX) | | None | | | Sold | 04/26/18 | J | A | |
| 34. USAA GROWTH FUND RETAIL (USAAX) | | None | | | Sold | 04/26/18 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reinhart, Bruce E. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. USAA INTERNATIONAL FUND RETAIL (USIFX) | | None | | | Sold | 04/26/18 | K | A | |
| 36. USAA SCIENCE & TECHNOLOGY RETAIL (USSCX) | | None | | | Sold | 04/26/18 | J | | |
| 37. USAA SMALL CAP STOCK FUND RETAIL (USCAX) | | None | | | Sold | 04/26/18 | K | | |
| 38. USAA VALUE FUND RETAIL (UVALX) | | None | | | Sold | 04/26/18 | K | | |
| 39. USAA INCOME FUND RETAIL (USAIX) | A | Dividend | | | Sold | 04/26/18 | K | | |
| 40. USAA INTERMEDIATE TERM BOND RETAIL (USIBX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 41. FIDELITY MSCI ENERGY INDEX ETF (FENY) | A | Dividend | | | Sold | 04/26/18 | J | B | |
| 42. IRA #4 (H) | | | | | | | | | |
| 43. USAA EMERGING MARKETS FUND RETAIL (USEMX) | A | Dividend | J | T | Buy | 04/27/18 | J | | |
| 44. USAA GROWTH FUND RETAIL (USAAX) | A | Dividend | J | T | Buy | 04/27/18 | J | | |
| 45. USAA INTERNATIONAL FUND RETAIL (USIFX) | A | Dividend | J | T | Buy | 04/27/18 | J | | |
| 46. USAA SCIENCE & TECHNOLOGY RETAIL (USSCX) | A | Dividend | J | T | Buy | 04/27/18 | J | | |
| 47. USAA SMALL CAP STOCK FUND RETAIL (USCAX) | A | Dividend | J | T | Buy | 04/27/18 | J | | |
| 48. USAA VALUE FUND RETAIL (UVALX) | A | Dividend | J | T | Buy | 04/27/18 | J | | |
| 49. USAA INCOME FUND RETAIL (USAIX) | A | Dividend | J | T | Buy | 04/27/18 | J | | |
| 50. USAA INTERMEDIATE TERM BOND RETAIL (USIBX) | A | Dividend | J | T | Buy | 04/27/18 | J | | |
| 51. TRUST #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reinhart, Bruce E. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DISNEY WALT CO (DIS) | A | Dividend | | | Sold | 10/03/18 | J | A | |
| 53. EDUCATION ACCOUNT #1 (H) | | | | | | | | | |
| 54. AMCAP FUND-529C (CAFCX) | A | Dividend | | | Distributed (part) | 07/16/18 | J | | |
| 55. | | | | | Distributed | 12/04/18 | J | | |
| 56. AMERICAN FUNDS, THE BOND FUND OF AMERICA-529C (CFACX) | A | Dividend | | | Distributed | 07/16/18 | J | | |
| 57. AMERICAN FUNDS EUROPACIFIC GROWTH FUND-529C (CEUCX) | A | Dividend | | | Distributed (part) | 07/16/18 | J | | |
| 58. | | | | | Distributed | 12/04/18 | J | | |
| 59. AMERICAN FUNDS, THE INVESTMENT COMPANY OF AMERICA-529C (CICCX) | A | Dividend | | | Distributed (part) | 07/16/18 | J | | |
| 60. | | | | | Distributed | 12/04/18 | J | | |
| 61. EDUCATION ACCOUNT #2 (H) | | | | | | | | | |
| 62. AMCAP FUND-529C (CAFCX) | A | Dividend | | | Distributed | 07/11/18 | J | | |
| 63. AMERICAN FUNDS, THE BOND FUND OF AMERICA-529C (CFACX) | A | Dividend | | | Distributed | 07/11/18 | J | | |
| 64. AMERICAN FUNDS EUROPACIFIC GROWTH FUND-529C (CEUCX) | A | Dividend | | | Distributed | 07/11/18 | J | | |
| 65. AMERICAN FUNDS, THE INVESTMENT COMPANY OF AMERICA-529C (CICCX) | A | Dividend | | | Distributed | 07/11/18 | J | | |
| 66. 529 #1 (H) | | | | | | | | | |
| 67. my529 (X) | C | Dividend | M | T | Distributed (part) | 12/17/18 | J | | |
| 68. 529 #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reinhart, Bruce E. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   my529 (X) | A | Dividend | | | Distributed (part) | 07/11/18 | K | | |
| 70. | | | | | Distributed | 12/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reinhart, Bruce E. | 08/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 13, 19, 20, 24, 35, 37, 48, 58, 60-71, 82, and 83 of the initial report are not reportable in this cycle; there are not corresponding reportable transactions.

Part VII, lines 67 and 69: Formerly known as UESP, "my529" has no underlying holdings; the investments are exclusively in units of my529. There are no corresponding reportable transactions associated with the acquisition of these accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bruce E. Reinhart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544